UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK EMBROIDERY STUDIO, INC., <br><br> Plaintiff, <br><br> -against- <br><br> UNIFIRE, INC., <br><br> Defendant. | 23-CV-4670 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for **October 19, 2023** is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **November 3, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: October 5, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge