UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK EMBROIDERY STUDIO, INC.,

                Plaintiff,

-against-

UNIFIRE, INC.,

                Defendant.

23-CV-4670 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    It is hereby ORDERED that Plaintiff's motion for default judgment, ECF No. 9, is DENIED without prejudice, as the proposed Clerk's certificate of default is deficient. Plaintiff is directed to file a renewed motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **December 1, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: November 13, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge